JASON K. SINGLETON, State Bar # 166170
jason@singletonlawgroup.com
RICHARD E. GRABOWSKI, State Bar # 236207
rgrabowski@mckinleyville.net
SINGLETON LAW GROUP
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX: 441-1533

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

Attorneys for Plaintiff, RANDY KIYABU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KIYABU, | Case No. 2:10-CV-02663-RGK-OP |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| PCM, LLC, a California Limited Liability Company, and AKSHAR PURSHOTAM, INC., a California Corporation, dba CALIFORNIA INN, and DOES ONE TO TEN, inclusive, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Randy Kiyabu v. PCM LLC, et al.</u>, Case Number 2:10-CV-02663-RGK-OP, is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

2. The Court will retain jurisdiction to enforce settlement for a period of 90 days.

Dated: [JUL 30 2010]

R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE     -1-     2:10-CV-02663-RGK-OP